UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Janice Ringwood                                         Case No. 8:09-bk-02798-MGW
                                                        Chapter 13

     Debtor.
_____/

## MOTION TO RE-OPEN CASE

COMES NOW, Debtor, JANICE RINGWOOD, by and through her undersigned counsel, and hereby files her Motion to Re-Open Case, and as grounds thereof states:

1. Debtor, JANICE RINGWOOD, received a discharge of her Bankruptcy on March 18, 2014. Her case was subsequently closed on June 5, 2014.

2. Debtor, JANICE RINGWOOD, seeks a Court Order granting her Motion to Re-Open this case so that she may file an Adversary Case against a creditor who is in violation of the Bankruptcy discharge injunction.

WHEREFORE, Debtor, JANICE RINGWOOD, prays that the Court will enter an Order granting her Motion to Re-Open Case.

Respectfully submitted this 21st day of July, 2014.

                                         /s/ Robert M. Geller_____
                                         Robert M. Geller
                                         Fla. Bar No.: 588105
                                         Kristin E. Potts, Esquire
                                         FL Bar # 106158
                                         Law Offices of Robert M. Geller, P.A.
                                         807 West Azeele Street
                                         Tampa, Florida 33606
                                         Phone: (813) 254-7687
                                         Facsimile: (813) 253-3405
                                         E-mail: rmgbk@verizon.net
                                         Attorneys for Petitioner/Debtor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by electronic mail or first class U.S. Mail: to the Office of the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, Terry E. Smith, Chapter 13 Trustee, P.O. Box 6099 Sun City Center, Florida 33571, Nationstar Mortgage, Bankruptcy Department, 350 Highland Drive, Lewisville, Texas 75067, and Janice Ringwood, 8733 Osage Drive, Tampa, Florida 33634, this 21st day of July, 2014.

                                                  /s/ Robert M. Geller_____
                                                  Robert M. Geller, Esquire